UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
PERLA VALEROS

Plaintiff(s),

**COMPLAINT**

-against-

TARGET CORPORATION

Defendant(s).
---------------------------------------------------------------------X

Plaintiff, complaining of the defendant, by her attorneys, SILBOWITZ, GARAFOLA, SILBOWITZ & SCHATZ, LLP, shows this Court and alleges, upon information and belief, the following:

## THE PARTIES

1. That at all times hereinafter mentioned, the plaintiff **PERLA VALEROS** was and still is resident of the County of Nassau, State of New York and the United States of America.

2. At all times herein mentioned, Defendant **TARGET CORPORATION** was, and still is, a foreign business corporation duly authorized to do business in the State of New York.

## JURISDICTION AND VENUE

3. That this action is one brought against the defendant **TARGET CORPORATION** under and pursuant to 28 USC 1332, for the negligent act of an agent, servant and/or employee of the defendant **TARGET CORPORATION.** Venue is based on 28 USC 1391(b) (2) in that a substantial part of the events or omissions giving rise to the claim occurred in the Judicial District for the Eastern District of New York.

## FACTUAL ALLEGATIONS

4. That the acts of negligence of the agent, servant and/or employee of the defendant

**TARGET CORPORATION** arose on or about the 11th day of November 2023.

5. That at all times herein mentioned, the Defendant, **TARGET CORPORATION** owned the business known as Target, located at 999 Corporate Drive, in the Town of Westbury, County of Nassau, State of New York.

6. That at all times herein mentioned, and upon information and belief, the Defendant, **TARGET CORPORATION** managed the aforesaid business.

7. That at all times herein mentioned, and upon information and belief, the Defendant, **TARGET CORPORATION** controlled the aforesaid business.

8. That at all times herein mentioned, and upon information and belief, the Defendant, **TARGET CORPORATION** maintained the aforesaid business.

9. That at all times herein mentioned, and upon information and belief, the Defendant, **TARGET CORPORATION** repaired the aforesaid business.

10. That on November 11, 2023, Plaintiff **PERLA VALEROS** was lawfully at the aforesaid business premises.

11. That on November 11, 2023, while Plaintiff **PERLA VALEROS** was lawfully at the aforesaid business premises, she was caused to trip and fall, and sustain serious and permanent injuries.

12. That the above-mentioned occurrence, and the results thereof, were caused by the negligence of the Defendant and/or said Defendant's agents, servants, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid business premises.

13. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

14. That by reason of the foregoing, Plaintiff **PERLA VALEROS** was caused to sustain serious injuries and to have suffered pain and suffering; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

15. That as a result of the foregoing, Plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff(s) demand(s) judgment against the Defendant herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Great Neck, NY
March 18, 2024

Yours, etc.

HOWARD SCHATZ
SILBOWITZ, GARAFOLA, SILBOWITZ & SCHATZ LLP
ATTORNEY FOR PLAINTIFF(S)
PERLA VALEROS
55 WATER MILL LANE, SUITE 400
GREAT NECK, NY 11021
(212) 354-6800
Our File No. 202300979

TO:
TARGET CORPORATION
1000 Nicollet Mall
Minneapolis, MN 55403

Docket No.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PERLA VALEROS

Plaintiff(s),

-against-

TARGET CORPORATION

Defendant(s).

---

**COMPLAINT**

---

**Silbowitz, Garafola, Silbowitz & Schatz LLP**
*Attorneys for Plaintiff(s)*
**55 Water Mill Lane, Suite 400**
**Great Neck, NY 11021**
**(212) 354-6800**

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon, information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: March 18, 2024

Signature______________________
Howard Schatz